IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIENE DAVIS, et al.,

      Plaintiffs,        No. CIV S-08-0642 LKK  KJM PS

   vs.

STATE OF CALIFORNIA, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On April 16, 2008, the Clerk issued a notice to plaintiffs that the check remitted for payment of the filing fee was returned by the bank. On April 18, 2008, plaintiffs requested that the filing fee previously paid for case no. CIV S-05-1723 MCE GGH PS be applied to the instant action. Plaintiffs are essentially asking this court to reopen a case in which final judgment was entered over two years ago. Although that case was dismissed without prejudice, there is no provision in the Federal Rules of Civil Procedure, the Local Rules of this Court, or in the statutory provisions governing the judiciary that allows the court to grant the relief requested.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiffs' April 18, 2008 request is denied (docket no. 24).

/////

/////

1

1      2. Plaintiffs shall, no later than April 30, 2008, pay the filing fee of $350.00 plus
2  the $45.00 "returned check processing fee" imposed by the Clerk's Office.  Failure to comply
3  with this order may result in a recommendation that the action be dismissed.
4  DATED:  April 25, 2008.

                                                      _____
                                                      U.S. MAGISTRATE JUDGE

006
davis.fee