IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIENE DAVIS, et al.,

      Plaintiffs,                     No. CIV S-08-642 LKK  KJM PS

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

      By order filed April 28, 2008, plaintiffs were ordered, no later than April 30, 2008, to pay the filing fee of $350 plus the $45.00 "returned check processing fee" imposed by the Clerk's Office.  Plaintiffs were cautioned that failure to comply with the order to pay the fee might result in a recommendation that the action be dismissed.  The time for complying with the order has now expired and plaintiffs have failed to pay the filing fee.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

1  shall be served and filed within ten days after service of the objections. The parties are advised
2  that failure to file objections within the specified time may waive the right to appeal the District
3  Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: May 9, 2008.

                                                U.S. MAGISTRATE JUDGE

006
davis.fee.dism